NO









NO. 12-03-00396-CR

 

                 IN
THE COURT OF APPEALS

 

      TWELFTH COURT OF
APPEALS DISTRICT

 

                           TYLER, TEXAS

 

 

JESUS MADRIGAL RAMOS,                       '     APPEAL FROM THE 2ND

APPELLANT

 

V.                                                                         '     JUDICIAL DISTRICT COURT OF

 

THE STATE OF
TEXAS,

APPELLEE                                                       '     CHEROKEE COUNTY, TEXAS

 





                                                     MEMORANDUM
OPINION

                                                                 PER
CURIAM

Appellant=s counsel has filed an Anders brief in this appeal in
compliance with Anders v. California, 386 U.S. 738, 87 S. Ct.
1396, 18 L. Ed. 2d 493 (1967) and Gainous
v. State, 436 S.W.2d 137 (Tex. Crim. App.
1969).  In his brief, counsel states that
he has thoroughly reviewed the record and finds no arguable grounds for
appeal.  Counsel has also filed a motion
to withdraw.  Appellant was given the
opportunity to file a pro se response, but instead has filed a pro se
motion to dismiss this appeal.  No
decision having been delivered by this Court, Appellant=s motion is granted, and the appeal is dismissed in accordance with
Texas Rule of Appellate Procedure 42.2. 
Counsel=s motion to withdraw is granted.

Opinion delivered
May 12, 2004.

Panel
consisted of Worthen, C.J., Griffith, J., and DeVasto, J.

 

 

 

 

 

                                                             (DO
NOT PUBLISH)